**Joshua M. Sasaki, P.C.**, OSB No. 964182
josh.sasaki@millernash.com
**Jonathan H. Singer,** OSB No. 105048
jonathan.singer@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  503.224.5858
Facsimile:  503.224.0155

    Attorneys for Defendant
    Global Pro System, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| KASSIE MERRITT, individually and behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>YAVONE LLC, a California limited liability company, HEALTH CHOICE LABS, LLC, a Nevada limited liability company, and GLOBAL PRO SYSTEM, INC. a Nevada corporation,<br><br>    Defendants. | CV No. 6:15-cv-00269-TC<br><br>DEFENDANT GLOBAL PRO SYSTEM, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO APPEAR |

Page 1 -   Defendant Global Pro System, Inc.'s Unopposed Motion To Extend Time To Appear

70012631.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7-1, the undersigned certifies that the counsel for Global Pro System, Inc. ("Global Pro") conferred with counsel for plaintiff and that plaintiff's counsel does not oppose the extension requested in this motion.

## MOTION

In accordance with Federal Rule of Civil Procedure 6(b), Global Pro moves the court for an order granting it an extension of time to April 27, 2015, in which to respond to the complaint, without prejudice to Global Pro's right to file a motion seeking dismissal.

## MEMORANDUM OF LAW

Plaintiff filed its complaint on February 17, 2015. Based on a date of service of February 20, 2015, Global Pro's response to the complaint would be due on March 13, 2015. Miller Nash Graham & Dunn LLP was only recently retained as local counsel.

This is Global Pro's first request for an extension. This motion is not made for purposes of delay. Global Pro does not waive any objections, defenses, motions, responses, or claims it may have in this action by filing this motion, including but not limited to any defenses as to personal jurisdiction, statute of limitations, or otherwise.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 2 -    Defendant Global Pro System, Inc.'s Unopposed Motion To Extend Time To Appear

70012631.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

## CONCLUSION

Global Pro respectfully requests an extension of time to respond to the complaint to April 27, 2015.

DATED this 13th day of March, 2015.

MILLER NASH GRAHAM & DUNN LLP


*/s/ Jonathan H. Singer*
Joshua M. Sasaki, P.C.
OSB No. 964182
josh.sasaki@millernash.com
Jonathan H. Singer
OSB No. 105048
jonathan.singer@millernash.com
Phone: 503.224.5858
Fax: 503.224.0155

Attorneys for Defendant Global Pro System, Inc.

Page 3 -    Defendant Global Pro System, Inc.'s Unopposed Motion To Extend Time To Appear

70012631.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

I hereby certify that I served the foregoing Defendant Global Pro System, Inc.'s Unopposed Motion to Extend Time to Appear on:

> Darian A. Stanford
> R. Hunter Bitner, II
> Slinde Nelson Stanford
> 111 SW Fifth Avenue, Suite 1940
> Portland, OR 97204
> Fax: (503) 417-4250
> E-Mail: darian@slindenelson.com
> E-Mail: hunter@slindenelson.com
>
> *Attorney for Plaintiff Kassie Merritt*

by the following indicated method or methods on the date set forth below:

☒ **CM/ECF system transmission.**

☐ **E-mail.** As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☐ **Facsimile communication device.**

☐ **First-class mail, postage prepaid.**

☐ **Hand-delivery.**

☐ **Overnight courier, delivery prepaid.**

DATED this 13th day of March, 2015.

> */s/ Jonathan H. Singer*
> Jonathan H. Singer, OSB No. 105048
>
> *Of Attorneys for Defendant Global Pro System, Inc.*

Page 1 -    Certificate of Service

70012631.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204