AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| KASSIE MERRITT, <br><br> *Plaintiff(s)* <br> v. <br><br> YAVONE, LLC, HEALTHY CHOICE LABS, LLC, and GLOBAL PRO SYSTEM, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 6:15cv00269-TC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  YAVONE, LLC
c/o LegalZoom.com, Inc., Registered Agent
101 N Brand Blvd, 11th Floor
Glendale, CA 91203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Darian A. Stanford
Slinde Nelson Stanford
111 SW Fifth Ave, Suite 1940
Portland, OR 97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN, Clerk of Court

By S/K Emerson, Deputy Clerk

Date: 02/17/2015

Case 6:15-cv-00269-TC   Document 2-1   Filed 02/17/15   Page 4 of 6

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:15cv00269-TC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Yavone LLC__
was received by me on *(date)* __2/20/2015__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __Sandra Menjivar__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Legal Zoom Inc.__
@ 100 W. Broadway, Suite 100, Glendale CA 91203  @4:40 p.m. on *(date)* __2/20/2015__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __2/23/2015__

*Server's signature*

__JAVIER SANCHEZ - Process Server__
*Printed name and title*

First Legal Support

__1517 W. Beverly Blvd., Los Angeles CA 90026__
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset