**Joshua M. Sasaki, P.C.**, OSB No. 964182
josh.sasaki@millernash.com
**Jonathan H. Singer,** OSB No. 105048
jonathan.singer@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  503.224.5858
Facsimile:  503.224.0155

    Attorneys for Defendants
    Global Pro System, Inc. and
    Healthy Choice Labs, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| KASSIE MERRITT, individually and behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>YAVONE LLC, a California limited liability company, HEALTHY CHOICE LABS, LLC, a Nevada limited liability company, and GLOBAL PRO SYSTEM, INC. a Nevada corporation,<br><br>    Defendants. | CV No. 6:15-cv-00269-TC<br><br>DEFENDANTS GLOBAL PRO SYSTEM, INC.'S AND HEALTHY CHOICE LABS, LLC'S SECOND UNOPPOSED MOTION TO EXTEND TIME TO APPEAR |

Page 1 -    Defendants Global Pro System, Inc.'s and Healthy Choice Labs, LLC's Second
           Unopposed Motion To Extend Time To Appear

70020919.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7-1, the undersigned certifies that the counsel for Global Pro System, Inc. ("Global Pro") and Healthy Choice Labs, LLC ("HCL") conferred with counsel for plaintiff and that plaintiff's counsel does not oppose the extension requested in this motion.

## **MOTION**

In accordance with Federal Rule of Civil Procedure 6(b), Global Pro and HCL move the court for an order granting it an extension of time to May 18, 2015, in which to respond to the complaint, without prejudice to Global Pro's or HCL's rights to file a motion seeking dismissal.

## **MEMORANDUM OF LAW**

Plaintiff filed its complaint on February 17, 2015. On March 13, 2015, Global Pro filed an unopposed motion for extension of time to respond to the complaint until April 27, 2015, which the Court granted on March 19, 2015. (Dkt. Nos. 3 and 4.) On March 20, 2015, HCL filed an unopposed motion for extension of time to respond to the complaint until April 27, 2015, which the Court granted on March 23, 2015. (Dkt. Nos. 5 and 6.)

This motion is not made for purposes of delay. Global Pro and HCL do not waive any objections, defenses, motions, responses, or claims it may have in this action by filing this motion, including but not limited to any defenses as to personal jurisdiction, statute of limitations, or otherwise.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 2 -   Defendants Global Pro System, Inc.'s and Healthy Choice Labs, LLC's Second Unopposed Motion To Extend Time To Appear

70020919.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

## **CONCLUSION**

Global Pro and HCL respectfully request an extension of time to respond to the complaint to May 18, 2015.

DATED this 17th day of April, 2015.

        MILLER NASH GRAHAM & DUNN LLP


*/s/ Jonathan H. Singer*

Joshua M. Sasaki, P.C.
OSB No. 964182
josh.sasaki@millernash.com
Jonathan H. Singer
OSB No. 105048
jonathan.singer@millernash.com
Phone: 503.224.5858
Fax: 503.224.0155

Attorneys for Defendants Global Pro System, Inc. and Healthy Choice Labs, LLC

Page 3 -   Defendants Global Pro System, Inc.'s and Healthy Choice Labs, LLC's Second Unopposed Motion To Extend Time To Appear

70020919.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

I hereby certify that I served the foregoing Defendant Global Pro System, Inc.'s and Healthy Choice Labs, LLC's Second Unopposed Motion to Extend Time to Appear on:

> Darian A. Stanford
> R. Hunter Bitner, II
> Slinde Nelson Stanford
> 111 SW Fifth Avenue, Suite 1940
> Portland, OR 97204
> Fax: (503) 417-4250
> E-Mail: darian@slindenelson.com
> E-Mail: hunter@slindenelson.com
>
> *Attorney for Plaintiff Kassie Merritt*

by the following indicated method or methods on the date set forth below:

[X] **CM/ECF system transmission.**

[ ] **E-mail.** As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

[ ] **Facsimile communication device.**

[ ] **First-class mail, postage prepaid.**

[ ] **Hand-delivery.**

[ ] **Overnight courier, delivery prepaid.**

DATED this 17th day of April, 2015.

> /s/ Jonathan H. Singer
> Jonathan H. Singer, OSB No. 105048
>
> *Of Attorneys for Defendants Global Pro System, Inc. and Healthy Choice Labs, LLC*

Page 1 -   Certificate of Service

70020919.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204