OSB Sponsor OK
IL bar Pro Hac OK
4/23/15 wp

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

KASSIE MERRITT, individually and on behalf of all others similarly situated,

    Plaintiff(s),

v.

YAVONE, LLC, et al.

    Defendant(s).

Civil Case No. 6:15cv00269 - TC

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney **Benjamin H. Richman** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)      **PERSONAL DATA:**

Name: **Richman**, **Benjamin**, **H.**
    (Last Name)     (First Name)     (MI)     (Suffix)

Firm or Business Affiliation: Edelson PC
Mailing Address: 350 North LaSalle Street, Suite 1300
City: Chicago     State: Illinois     Zip: 60654
Phone Number: (312) 589-6370     Fax Number: (312) 589-6378
Business E-mail Address: brichman@edelson.com

0979-40902.19

**(2) BAR ADMISSIONS INFORMATION:**

(a) State bar admission(s), date(s) of admission, and bar ID number(s):
The Supreme Court of Illinois, 11/15/2009, ID # 6300668

(b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
Northern District of Illinois, 11/24/2009

Northern District of Florida, 5/31/2011

District of Colorado, 3/16/2012

**(3) CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a) ☒ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

(b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

**(4) CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5) REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Kassie Merritt (Plaintiff)

**(6)   CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 7th day of April, 2015

_____
(Signature of Pro Hac Counsel)

Benjamin H. Richman
*(Typed Name)*

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 23rd day of April, 2015

_____
(Signature of Local Counsel)

Name: Stanford            Darian            A.
      (Last Name)         (First Name)      (MI)      (Suffix)

Oregon State Bar Number: 994491

Firm or Business Affiliation: Slinde Nelson Stanford

Mailing Address: 111 SW 5th Ave., Suite 1940

City: Portland    State: Oregon    Zip: 97204

Phone Number: (503) 417-7777    Business E-mail Address: darian@slindenelson.com

---

### COURT ACTION

☑ Application approved subject to payment of fees.
☐ Application denied.

DATED this 27 day of April, 2015

_____
Judge McShane