IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KASSIE MERRITT, individually and on Behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>YAVONE, LLC, a California limited liability company, HEALTHY CHOICE LABS, LLC, a Nevada limited liability Company, and GLOBAL PRO SYSTEM, INC., a Nevada corporation,<br><br>        Defendants. | Case No. 6:15-cv-0269-TC<br><br>ORDER |

MCSHANE, Judge:

      Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 48), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Defendants filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v.*

1 –ORDER

*Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I conclude the report is correct.

I adopt the Findings and Recommendation (ECF No. 48). Defendants' motions to dismiss, ECF No. 32 and 33, are GRANTED in part. Plaintiff's claim under § 1693e of the Electronic Funds Transfer Act is dismissed. The motions are DENIED as to the other claims. IT IS SO ORDERED.

DATED this 15th day of December, 2015.

                                              _____/s/ Michael J. McShane_____
                                                       Michael J. McShane
                                                United States District Judge