**Joshua M. Sasaki, P.C., OSB No. 964182**
josh.sasaki@millernash.com
**Jonathan H. Singer, OSB No. 105048**
jonathan.singer@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  503.224.5858
Facsimile:  503.224.0155

**Kevin D. Quigley (*Pro Hac Vice*)**
kevin.quigley@quarles.com
**Krystal Aspey Fleischmann (*Pro Hac Vice*)**
krystal.fleischmann@quarles.com
QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona  85004
Telephone:  602.229.5200
Facsimile:  602.229.5690

    Attorneys for Defendants
    Global Pro System, Inc., and
    Healthy Choice Labs, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| KASSIE MERRITT, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>YAVONE LLC, a California limited liability company, HEALTHY CHOICE LABS, LLC, a Nevada limited liability | CV No. 6:15-cv-00269-TC<br><br>DEFENDANTS GLOBAL PRO SYSTEM, INC. AND HEALTHY CHOICE LABS, LLC'S NOTICE OF WITHDRAWAL OF ATTORNEY BRIAN R. BOOKER |

Page 1 -    Defendants Global Pro System, Inc. and Healthy Choice Labs, LLC's Notice of Withdrawal of Attorney Brian R. Booker

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

70070999.2


company, and GLOBAL PRO SYSTEM, INC., a Nevada corporation,

                Defendants.

Defendants Global Pro System, Inc. ("GPS") and Healthy Choice Labs, LLC's ("HCL," together with GPS, "Defendants") hereby notify this Court that attorney Brian R. Booker, who was admitted *pro hac vice* in this action, has withdrawn as counsel of record this case. Defendants will continue to be represented by Kevin D. Quigley and Krystal Aspey Fleischmann of Quarles & Brady LLP, as well as Joshua M. Sasaki and Jonathan H. Singer of Miller Nash Graham & Dunn LLP.

The undersigned requests that an entry be made on the clerk's matrix in this case that all future pleadings and orders filed in this case be given to and served on defendants Global Pro System, Inc. and Healthy Choice Labs, LLC, as noted below:

> **Joshua M. Sasaki, P.C.**, OSB No. 964182
> E-mail: josh.sasaki@millernash.com
> **Jonathan H. Singer**, OSB No. 105048
> E-mail: jonathan.singer@millernash.com
> MILLER NASH GRAHAM & DUNN LLP
> 3400 U.S. Bancorp Tower
> 111 S.W. Fifth Avenue
> Portland, Oregon  97204
> Telephone:  (503) 224-5858
> Fax:  (503) 224-0155

Page 2 -    Defendants Global Pro System, Inc. and Healthy Choice Labs, LLC's Notice of Withdrawal of Attorney Brian R. Booker

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

70070999.2

**Kevin D. Quigley (*Pro Hac Vice*)**
kevin.quigley@quarles.com
**Krystal Aspey Fleischmann (*Pro Hac Vice*)**
krystal.fleischmann@quarles.com
QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona  85004
Telephone:  602.229.5200
Facsimile:  602.229.5690

Attorneys for Defendants Global Pro System, Inc. and Healthy Choice Labs, LLC

DATED this 5th day of January, 2016.

      MILLER NASH GRAHAM & DUNN LLP

      By */s/ Jonathan H. Singer*
      Joshua M. Sasaki, P.C., OSB No. 964182
      josh.sasaki@millernash.com
      Jonathan H. Singer, OSB No. 105048
      jonathan.singer@millernash.com
      Telephone:  503.224.5858
      Facsimile:  503.224.0155

      Kevin D. Quigley (*Pro Hac Vice*)
      kevin.quigley@quarles.com
      Telephone:  602.229.5200
      Facsimile:  602.229.5690

      Attorneys for Defendants Global Pro System, Inc. and Healthy Choice Labs, LLC

Page 3 -    Defendants Global Pro System, Inc. and Healthy Choice Labs, LLC's Notice of Withdrawal of Attorney Brian R. Booker

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

70070999.2

I hereby certify that I served the foregoing Defendants Global Pro System, Inc. and Healthy Choice Labs, LLC's Notice of Withdrawal of Attorney Brian R. Booker on:

| | |
|---|---|
| Darian A. Stanford | Benjamin H. Richman |
| R. Hunter Bitner, II | Courtney C. Booth |
| Slinde Nelson Stanford | Rafey S. Balabanian |
| 111 SW Fifth Avenue, Suite 1940 | Edelson PC |
| Portland, Oregon  97204 | 350 North LaSalle Street, Suite 1300 |
| Fax: (503) 417-4250 | Chicago, Illinois  60654 |
| E-Mail:  darian@slindenelson.com | Fax:  (312) 589-6378 |
| E-Mail:  hunter@slindenelson.com | E-mail:  brichman@edelson.com |
| | E-mail:  cbooth@edelson.com |
| | E-mail:  rbalabanian@edelson.com |
| *Attorneys for Plaintiff Kassie Merritt* | *Attorneys for Plaintiff Kassie Merritt* |

by the following indicated method or methods on the date set forth below:

☒ **CM/ECF system transmission.**

☐ **E-mail.**  As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☐ **Facsimile communication device.**

☐ **First-class mail, postage prepaid.**

☐ **Hand-delivery.**

☐ **Overnight courier, delivery prepaid.**

DATED this 5th day of January, 2016.

/s/ Jonathan H. Singer
Jonathan H. Singer, OSB No. 105048

*Attorneys for Defendants Global Pro System, Inc. and Healthy Choice Labs, LLC*

Page 1 -    Certificate of Service

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

70070999.2