Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Courtney C. Booth (Admitted *Pro Hac Vice*)
cbooth@edelson.com
EDELSON PC
350 N. LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff*

Joshua M. Sasaki, P.C., OSB No. 964182
josh.sasaki@millernash.com
Jonathan H. Singer, OSB No. 105048
jonathan.singer@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  503.224.5858
Facsimile:  503.224.0155

*Attorneys for Defendants*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| KASSIE MERRITT, individually and on behalf of all others similarly situated, | Case No. 6:15-cv-00269-TC |
| Plaintiff, | PARTIES' THIRD JOINT STATUS REPORT |
| v. | |
| YAVONE LLC, a California limited liability company, HEALTHY CHOICE LABS, LLC, a Nevada limited liability company, and GLOBAL PRO SYSTEM, INC. a Nevada corporation, | |
| Defendants. | |

Page 1 -    Third Joint Status Report

Plaintiff Kassie Merritt ("Plaintiff") and Defendants Healthy Choice Labs, LLC and Global Pro System, Inc. ("Defendants") (Plaintiff and Defendants together, the "Parties"), by and through their undersigned counsel and pursuant to this Court's April 7, 2016 Scheduling Order (dkt. 65), jointly submit this report on the status of their settlement discussions. Since the Court's Scheduling Order, Plaintiff has reviewed the confidential documents provided by Defendants, and the Parties have agreed to discuss them and the likelihood of resolving the matter next week. In light of the foregoing, the Parties request an additional thirty (30) days to continue their settlement discussions and propose the filing of an updated status report by June 6, 2016.

*          *          *

**KASSIE MERRITT**, individually and on behalf of all others similarly situated,

Dated: May 6, 2016

By: s/ Courtney C. Booth
      One of Plaintiff's Attorneys

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
EDELSON PC
329 Bryant Street, Suite 2C
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.363.9495

Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Courtney C. Booth (Admitted *Pro Hac Vice*)
cbooth@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

J. Darian A. Stanford, OSB 994491
darian@slindenelson.com
R. Hunter Bitner, OSB No. 011146
hunter@slindenelson.com
SLINDE NELSON STANFORD
111 SW Fifth Avenue, Suite 1940
Portland, Oregon 97204

**GLOBAL PRO SYSTEM, INC. AND
HEALTHY CHOICE LABS, LLC**,

Dated: May 6, 2016                    By: <u>s/ Krystal Aspey Fleischmann (authorized 5/6/16)</u>
                                            One of Defendants' Attorneys

Joshua M. Sasaki, P.C., OSB No. 964182
josh.sasaki@millernash.com
Jonathan H. Singer, OSB No. 105048
Jonathan.singer@millernash.com
Telephone: 503.224.5858
Facsimile: 503.224.0155

Kevin D. Quigley (*Pro Hac Vice*)
kevin.quigley@quarles.com
Krystal Aspey Fleischmann (*Pro Hac Vice*)
krystal.fleischmann@quarles.com
Telephone: 602.229.5200
Facsimile: 602.229.5690

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I served the foregoing Parties' Third Joint Status Report on:

**Joshua M. Sasaki, P.C.**, OSB No. 964182
josh.sasaki@millernash.com
**Jonathan H. Singer**, OSB No. 105048
jonathan.singer@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155
*Attorneys for Defendants Global Pro System,*
*Inc. and Healthy Choice Labs, LLC*

**Kevin D. Quigley**
kevin.quigley@quarles.com
**Krystal Aspey Fleischmann**
krystal.fleischmann@quarles.com
Quarles & Brady LLP
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004
Telephone: 602.229.5200
Facsimile: 602.229.5960
*Attorneys for Defendants Global Pro System,*
*Inc. and Healthy Choice Labs, LLC*

by the following indicated method or methods on the date set forth below:

☒    **CM/ECF system transmission.**

☐    **E-mail.**  As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☐    **Facsimile communication device.**

☐    **First-class mail, postage prepaid.**

☐    **Hand-delivery.**

☐    **Overnight courier, delivery prepaid.**

DATED this 6th day of May, 2016.

s/ Courtney C. Booth
Courtney C. Booth

Page 1 -    Certificate of Service