IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KASSIE MERRITT,

                    Plaintiff,

          V.

YAVONE, LLC; HEALTHY CHOICE LABS,
LLC; GLOBAL PRO SYSTEM , INC.,

                    Defendants.

6:15-cv-00269-TC

ENTRY OF DEFAULT

          Based upon plaintiff's motion, supporting declaration, and the record herein, it is

ORDERED that Yavone, LLC is in default for failure to file an answer or otherwise appear

within the time allowed under FED. R. CIV. P. 12.  Following entry of this default, plaintiff may

apply for entry of judgment against Yavone, LLC.

          Dated this 30th day of September 2016.

                                        Mary L. Moran, Clerk of Court

                                        by: s/P. Bruch_____
                                             Paul Bruch, Deputy Clerk

ENTRY OF DEFAULT – Page 1