Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
EDELSON PC
350 N. LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| KASSIE MERRITT, individually and on behalf of all others similarly situated, | Case No. 6:15-cv-00269-TC |
| Plaintiff, | PARTIES' JOINT STATUS REPORT |
| v. | |
| YAVONE LLC, a California limited liability company, HEALTHY CHOICE LABS, LLC, a Nevada limited liability company, and GLOBAL PRO SYSTEM, INC. a Nevada corporation, | |
| Defendants. | |

On September 7, 2017, the Court entered an order requiring the parties to submit a status report regarding their ongoing settlement discussions. (Dkt. 74.) As of the filing of this report, the Parties have exchanged drafts of a proposed written settlement agreement and have only a few outstanding issues to resolve. The Parties anticipate that they will be able to resolve those issues within two weeks, if not sooner, and therefore request a final deadline to report on the

status of settlement of October 24, 2017. Should the Parties finalize their agreement prior to that

date, they will of course inform the Court, likely by way of a stipulation to dismiss.

*       *       *

**KASSIE MERRITT**, individually and on behalf of
all others similarly situated,

Dated: October 10, 2017        By: /s/ Benjamin H. Richman
                     One of Plaintiff's Attorneys

Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**GLOBAL PRO SYSTEM, INC. AND
HEALTHY CHOICE LABS, LLC**,

Dated: October 10, 2017        By: /s/ Krustal A. Fleischmann
                     One of Defendants' Attorneys

Kevin D. Quigley (*Pro Hac Vice*)
kevin.quigley@quarles.com
Krystal Aspey Fleischmann (*Pro Hac Vice*)
krystal.fleischmann@quarles.com
Telephone: 602.229.5200
Facsimile: 602.229.5690

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Parties' Joint Status Report on:

**Joshua M. Sasaki, P.C.**, OSB No. 964182
josh.sasaki@millernash.com
**Jonathan H. Singer**, OSB No. 105048
jonathan.singer@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155
*Attorneys for Defendants Global Pro System,*
*Inc. and Healthy Choice Labs, LLC*

**Kevin D. Quigley**
kevin.quigley@quarles.com
**Krystal Aspey Fleischmann**
krystal.fleischmann@quarles.com
Quarles & Brady LLP
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004
Telephone: 602.229.5200
Facsimile: 602.229.5960
*Attorneys for Defendants Global Pro System,*
*Inc. and Healthy Choice Labs, LLC*

by the following indicated method or methods on the date set forth below:

☒    **CM/ECF system transmission.**

☐    **E-mail.**  As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☐    **Facsimile communication device.**

☐    **First-class mail, postage prepaid.**

☐    **Hand-delivery.**

☐    **Overnight courier, delivery prepaid.**

DATED this 10th day of October 2017.

*/s/* Benjamin H. Richman
Benjamin H. Richman