IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **KASSIE MERRITT**, individually and on behalf of all others similarly situated, | Case No. 6:15-cv-00269-TC |
| **PLAINTIFF**, | |
| v. | STIPULATION OF DISMISSAL |
| **YAVONE LLC**, a California limited liability company, **HEALTHY CHOICE LABS, LLC**, a Nevada limited liability company, and **GLOBAL PRO SYSTEM, INC.**, a Nevada corporation, | |
| **DEFENDANTS.** | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kassie Merritt and Defendants Yavone LLC, Healthy Choice Labs, LLC, and Global Pro System, Inc., by and through their undersigned attorneys, hereby stipulate and agree to the dismissal of Plaintiff's claims in this matter with prejudice, and those of the putative class without prejudice. The Parties shall bear their own attorneys' fees, costs, and other expenses in any way related to this action.

Respectfully submitted,

**KASSIE MERRITT**, individually and on behalf of all others similarly situated,

Dated: March 16, 2018

By:   /s/ Benjamin H. Richman
　　　　One of Plaintiff's Attorneys

Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**HEALTHY CHOICE LABS, LLC**, and
**GLOBAL PRO SYSTEM, INC.**,

Dated: March 16, 2018

By: /s/Krystal Aspey Fleischmann
　　　　Attorneys for Defendants Global Pro System,
　　　　Inc. and Healthy Choice Labs, LLC

Kevin D. Quigley (Admitted *Pro Hac Vice*)
kevin.quigley@quarles.com
Krystal Aspey Fleischmann (Admitted *Pro Hac Vice*)
krystal.fleischmann@quarles.com
Quarles & Brady LLP
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004
Telephone: 602.229.5200
Facsimile: 602.229.5690

**YAVONE LLC**,

Dated: March 16, 2018

By: *Yavone Carson - Berger*

## CERTIFICATE OF SERVICE

    I, Benjamin H. Richman, an attorney, hereby certify that on March 19, 2018, I served the above and foregoing ***Stipulation of Dismissal*** by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 19th day of March 2018.

                                        /s/ Benjamin H. Richman