IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KASSIE MERRITT,<br><br>                Plaintiff,<br><br>     V.<br><br>YAVONE, LLC; HEALTH COICE LABS, LLC; GLOBAL PRO SYSTEMS, INC.,<br><br>                Defendants. | 6:15-cv-00269-TC<br><br>JUDGMENT |

       Pursuant to the Stipulation of Dismissal (ECF No. 79), plaintiff's claims in this matter are dismissed with prejudice and the claims of the putative class are dismissed without prejudice with the parties to bear their own attorney fees, costs and other expenses in any way related to this action.

       Dated this 28th day of March 2018.

                                                            s/Thomas M. Coffin
                                                             THOMAS M. COFFIN
                                                             United States Magistrate Judge